**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2180**

---

REBECCA B. DYE; JAMES A. BAILEY,

Plaintiffs - Appellants,

versus

KATHRYN K. HATFIELD, attorney, in her individual capacity; JOHN B. HATFIELD, JR., Attorney, in his individual capacity; CAREY L. DYE, in his individual capacity; WILLIAM L. DAISY, District Court Judge, in his individual capacity; MARTHA K. SHARPLESS, in her individual capacity; MINTA M. SAUNDERS, in her individual capacity; BARRY M. SNYDER, Attorney, in his individual capacity; CLAUDE P. RAGAN, Psychologist, in his individual capacity; LYNN LARSLEY, M.A., in her individual capacity; JAMES W. SINGER, Dr., in his individual capacity; TOM SEELY, Dr., Psychiatrist, in his individual capacity; FRANK A. CAMPBELL, Attorney, in his individual capacity; BRUCE A. QUIGLEY, JR., in his individual capacity; JOSEPH E. TURNER, JR., District Court Judge, in his individual capacity; SAM PARKER, Counselor, in his individual capacity; KAREN GARRAPUTA, Counselor, in her individual capacity; B. J. BARNES, Sheriff of Guilford County, in his individual and official capacity; JEFF HERD, Psychologist, Guilford County Mental Health, in his individual capacity; LAWRENCE MCSWAIN, District Juvenile Court Judge, in his individual capacity; CHARLES L. WHITE, Attorney, former District Court Judge, in his individual capacity; JILL R. WILSON, Guilford County School Attorney, in her individual capacity; DONALD E. RUMSEY, Attorney, in his

individual capacity; RUTH CLARKE, Assistant Clerk of Court, in her individual capacity; FLORENCE M. PONS, Attorney, in her individual capacity; J. DOUGLAS HENDERSON, Attorney, in his individual capacity; LILLIAN O'BRIANT, District Court Judge, in her individual capacity; ANN LITTLEJOHN, Attorney, in her individual capacity; THOMAS G. FOSTER, District Court Judge, in his individual capacity; PHILIP W. ALLEN, Emergency Visiting District Court Judge, in his individual capacity; MARSHALL F. DOTSON, Attorney, in his individual capacity; THOMAS E. MADDOX, Attorney, in his individual capacity; CHARLES G. GUYER, Dr., Psychologist, in his individual capacity; IRVING LUGO, Dr., Psychiatrist, in his individual capacity; JENNIFER REIRSON, Attorney, former Public Defender, in her individual capacity; ELIZABETH LIVINGSTON, in her individual capacity; WILLIAM H. LEAGAN, in his individual capacity; H. W. ZIMMERMAN, Former Superior Court Judge, in his individual capacity; JOHN F. NIEMAN, JR., Attorney, in his individual capacity; W. STEVEN ALLEN, Attorney, in his individual capacity; HORACE M. KIMEL, JR., Attorney, Former District Attorney in his individual capacity; WILLIAM H. FREEMAN, Superior Court Judge, in his individual capacity; CLARENCE CARTER, Superior Court Judge, in his individual capacity; HENRY E. FRYE, JR., Superior Court Judge, in his individual capacity; CATHERINE C. EAGLES, Superior Court Judge, in her individual capacity; JAMES A. DAVIS, Attorney, in his individual capacity; THERESA K. VINCENT, District Court Judge, in her individual capacity; JOHN SHORE, Director of Guilford County Department of Social Services, in his individual and official capacity; JOHN MAXWELL, Child Protective Case Worker, in his individual capacity; CHRIS JACKSON, CPS Supervisor, in her individual capacity; CHRISTINE DEJULIO, CPS, in her individual capacity; WANDA MOONE, Supervisor, CPS, in her individual capacity; NANCY HOUCK, Intake Worker, CPS, in her individual capacity; M. ROSE, Intake Worker, CPS, in her individual capacity; CHARLIE BROWN, District Court Judge,

in his individual capacity; PAM WARNER, Dr., Pediatrician, in her individual capacity; DEBORAH BARHAM, School Nurse, Grimsley Sr. High School, in her individual capacity; DAVID ROBINETTE, GPD School Resource Officer, in his individual capacity; JANE TEAGUE, Principal, Grimsley Sr. High School, in her individual capacity; BILLE JONES, Homeroom Teacher at Grimsley Sr. High for Danny Dye, in her individual capacity; MS. GREENE, Assistant Principal, Grimsley Sr. High School, in her individual capacity; SUZANNE WEAVER, Guidance Counselor, Grimsley Sr. High School, in her individual capacity; CHUCK HARRIS, North Carolina Department of Health and Human Resources, Division of Social Services, in his individual capacity; SHERRY DILLARD, North Carolina Department of Health and Human Resources, Division of Social Services, in her individual capacity; MS. LAMBE, North Carolina Department of Health and Human Resources, Division of Social Services, CPS Supervisor, in her individual capacity; GEORGE HOLDER, Sgt., Greensboro Police Dept., Juvenile Detective/Abuse Dept., in his individual capacity; SUSAN BOHANNON, Dr., Director of Life Span Ventures, in her individual capacity; TERRY GRIER, Dr., Superintendent, Guilford County Schools, in his individual and official capacity; DOUG MABE, Assistant Superintendent Guilford County Schools, in his individual capacity; KARLA ALHPINE, Guilford County School Programs, in her individual capacity; LARRY RAY, Dr., Medical Director, Guilford County Mental Health, in his official capacity; JOHN BLAKE, Dr., Supervising Doctor, Guilford County Mental Health, in his individual capacity; MICHAEL CLARK, Dr., Mental Health Psychiatrist for Danny Dye, in his individual capacity; BRENDA JAMES, Adult Protective Services, Danny's Case Worker, in her individual capacity; WILLIAM A. CHRISTIAN, Emergency District Court Judge, in his individual capacity; MARGARET L. SHARPE, Emergency District Court Judge, in her individual capacity; DONALD R. VAUGHN, Attorney, in his individual capacity; WILLIAM K. HUNTER, District Court Judge, in his

- 3 -

individual capacity; DAVID CHURCHILL, Clerk of
Court of Guilford County, in his individual
capacity; ROBERT A. HASSELL, Attorney, in his
individual capacity; DONALD R. DICKERSON,
Attorney, in his individual capacity; CAROLIN
D. BAKEWELL, Counsel, in her individual
capacity; WALT HARLOW, Counsel, in his
individual capacity; DON JONES, Chief
Investigator, in his individual capacity;
WALLY HARRELSON, Public Defender, in his
individual and official capacity; NORTH
CAROLINA STATE BAR GRIEVANCE COMMITTEE, State
President, in his individual and official
capacity; FREDERICK WILKINS, in his individual
capacity; CAREY JAMES DYE, in his individual
capacity; CITY OF GREENSBORO,

                                    Defendants - Appellees.

-------------------

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge.  (CA-03-1077-1)

-------------------

Submitted:  February 24, 2005          Decided:  March 4, 2005

-------------------

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

-------------------

Affirmed by unpublished per curiam opinion.

-------------------

Rebecca B. Dye and James A. Bailey, Appellants Pro Se.  John B.
Hatfield, Jr., HATFIELD & HATFIELD, Greensboro, North Carolina;
Eugene E. Lester, III, SHARPLESS & STAVOLA, PA, Greensboro, North
Carolina; Virginia Lori Fuller, Assistant Attorney General,
Raleigh, North Carolina; John David James, SMITH, JAMES, ROWLETT &
COHEN, LLP, Greensboro, North Carolina; Perry Cleveland Henson,
Jr., Emily Cartwright Faucher, HENSON & HENSON, LLP, Greensboro,
North Carolina; Lyn Karen Broom, Travis Aaron Crump, SMITH MOORE,
LLP, Greensboro, North Carolina; Lisa S. Costner, LISA S. COSTNER,
PA, Winston-Salem, North Carolina; Susan D. Moore, James Antone
Dickens, Jr., COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina;

Reid L. Phillips, Jill R. Wilson, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North Carolina; Thomas Keith Black, FORMAN, ROSSABI, BLACK, PA, Greensboro, North Carolina; Kari Russwurm Johnson, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina; Robert Morris Clay, PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON, LLP, Raleigh, North Carolina; William Steven Allen, Greensboro, North Carolina; Clyde Ballinger Albright, CITY ATTORNEY'S OFFICE, Greensboro, North Carolina, for Appellees; Elizabeth Livingston, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rebecca B. Dye and James A. Bailey appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dye v. Hatfield, No. CA-03-1077-1 (M.D.N.C. filed Aug. 26, 2004; entered Aug. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED